FILED

01/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0313

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0313

_____

JAMES T. and ELIZABETH GRUBA, and
LEO G. and JEANNE R. BARSANTI,

      Petitioners and Appellants,

    v.                                                              O R D E R

MONTANA PUBLIC SERVICE COMMISSION,
and NORTHWESTERN ENERGY,

      Respondents and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2021